# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1395

_____

United States of America,

        Appellee,

v.

Lonnie Ray Erickson,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of South Dakota.
\*
\*      [UNPUBLISHED]
\*

_____

Submitted:  February 7, 2006
Filed:  February 9, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Lonnie Ray Erickson appeals his conviction and sentence imposed by the district court[1]--after <u>United States v. Booker</u>, 543 U.S. 220 (2005), under advisory Guidelines--following Erickson's guilty plea to maintaining a drug house. Erickson's counsel has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967); Erickson has filed a pro se supplemental brief; and the government has moved to dismiss the appeal based on an appeal waiver.

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

We enforce the appeal waiver, because Erickson confirmed at the plea hearing that his guilty plea was voluntary and knowing, the district court questioned Erickson about the decision to enter the agreement and to waive his right to appeal the covered issues, the arguments on appeal fall within the scope of the appeal waiver, and no miscarriage of justice would result from enforcing the waiver.  See United States v. Andis, 333 F.3d 886, 889-91 (8th Cir.) (en banc), cert. denied, 540 U.S. 997 (2003).

Accordingly, we grant the government's motion and dismiss this appeal.  We also grant defense counsel's motion to withdraw.

_____